1  C.D. Michel – SBN 144258
   Glenn S. McRoberts – SBN 144852
2  Sean A. Brady - SBN 262007
   cmichel@michellawyers.com
3  MICHEL & ASSOCIATES, P.C.
   180 E. Ocean Blvd., Suite 200
4  Long Beach, CA 90802
   Telephone: (562) 216-4444
5  Facsimile:   (562) 216-4445
   www.michellawyers.com
6
7  Attorneys for Plaintiffs / Petitioners

8              IN THE UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                    SOUTHERN DIVISION

11
   DOROTHY McKAY, DIANA          )   CASE NO: SACV 12-1458JVS (JPRx)
12 KILGORE, PHILLIP WILLMS,      )
   FRED KOGEN, DAVID WEISS, and )
13 THE CRPA FOUNDATION,          )   DECLARATION OF DOROTHY
                                 )   McKAY IN SUPPORT OF
14            Plaintiffs,        )   PLAINTIFFS' MOTION FOR
                                 )   PRELIMINARY INJUNCTION
15       v.                      )
                                 )   Date:       October 15, 2012
16 SHERIFF SANDRA HUTCHENS,      )   Time:       1:30 p.m.
   individually and in her official )  Location:   Ronald Reagan Federal
17 capacity as Sheriff of Orange County, )              Building
   California, ORANGE COUNTY     )              411 West Fourth Street
18 SHERIFF-CORONER               )              Room 1053
   DEPARTMENT, COUNTY OF         )              Santa Ana, CA 92701
19 ORANGE, and DOES 1-10,        )   Courtroom:  10C
                                 )   Judge:      James V. Selna
20            Defendants.        )   Date Action Filed: September 5, 2012
                                 )
21 ─────────────────────────────
22
23
24
25
26
27
28

                              1

### DECLARATION OF DOROTHY McKAY

I, Dorothy McKay, submit this declaration in support of Plaintiffs' Motion for a Preliminary Injunction. I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

1.  I am a resident of Orange County, California and a United States Citizen over 21 years of age.

3.  I am not prohibited under federal or California law from receiving or possessing firearms.

4.  I work in Orange County as a public school teacher and additionally provide tutoring to students outside of regular school hours.  As a tutor, I often visit pupils at their residences at late hours in the evening and in rural areas where cellular telephone coverage is either minimal or non-existent.

5.  I am certified as a Firearms Instructor and a Range Safety Officer by the National Rifle Association ("NRA").  In this capacity, I teach a basic pistol course in accordance with NRA guidelines and provide introductory pistol handling instruction to women through the Women On Target clinics, which is an NRA sanctioned program.  I am qualified to, and in fact do, oversee and coordinate shooting range activities and conduct range safety briefings for persons seeking to acquire familiarity with firearms.  As such, I am well versed in safe firearm handling procedures and I practice target shooting regularly at my local shooting range.

6.  I own a handgun and would carry a handgun in public for self-defense on occasions I deem appropriate, but do not do so because I fear prosecution since I do not possess a valid license to publicly carry a handgun pursuant to California Penal Code section 26150.

7.  On or about October 25, 2011, I submitted an official Department of

Justice application to the Orange County Sheriff's Department for a license to publicly carry a handgun.

8. In my application for a license to publicly carry a handgun, my asserted "good cause" was based upon self-defense. Particularly, my asserted "good cause" was based upon travels as a professional tutor, firearms instructor and a volunteer to remote and/or inherently unsafe locations that are sometimes without cellular telephone reception, and the possibility that I may be a target for crime based upon my volunteer and business activities that include transporting valuable items and significant quantities of money.

9. On or about December 28, 2011, my application for a Carry License was denied by the Orange County Sheriff's Department for lack of "good cause." Exhibit "1" that is attached hereto is a true and correct copy of the letter I received from the Orange County Sheriff's Department.

I declare under penalty of perjury, under the laws of the United States and of the state of California, that the foregoing is true and correct.

Executed in the United States on September 6, 2012.

Dorothy McKay
Plaintiff