C.D. Michel – SBN 144258
Glenn S. McRoberts – SBN 144852
Sean A. Brady - SBN 262007
cmichel@michellawyers.com
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile:   (562) 216-4445
www.michellawyers.com

Attorneys for Plaintiffs / Petitioners

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DOROTHY McKAY, DIANA KILGORE, PHILLIP WILLMS, FRED KOGEN, DAVID WEISS, and THE CRPA FOUNDATION,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SHERIFF SANDRA HUTCHENS, individually and in her official capacity as Sheriff of Orange County, California, ORANGE COUNTY SHERIFF-CORONER DEPARTMENT, COUNTY OF ORANGE, and DOES 1-10,<br><br>　　　　　Defendants. | CASE NO: SACV 12-1458JVS (JPRx)<br><br>**DECLARATION OF DAVID WEISS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:　　　October 15, 2012<br>Time:　　　1:30 p.m.<br>Location:　Ronald Reagan Federal Building<br>　　　　　411 West Fourth Street<br>　　　　　Room 1053<br>　　　　　Santa Ana, CA 92701<br>Courtroom: 10C<br>Judge:　　　James V. Selna<br>Date Action Filed: September 5, 2012 |

1

## **DECLARATION OF DAVID WEISS**

1. I, David Weiss, submit this declaration in support of Plaintiffs' Motion for a Preliminary Injunction. I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2. I am a resident of Orange County, California and a United States Citizen over 21 years of age.

3. I am not prohibited under federal or California law from receiving or possessing firearms.

4. I am a Pastor who frequently visits parishioners of my own church both on and off my church's property within Orange County. I also frequently visit various churches all over the state, and meet with their members in private off those churches' property. I often travel very early morning or late evening for these visits. My obligations as a pastor often take me to unknown locations or to situations of crisis where emotions may run high.

5. I own a handgun and would carry a handgun in public for self-defense on occasions I deem appropriate, but do not do so because I fear prosecution since I do not possess a valid license to publicly carry a handgun pursuant to California Penal Code section 26150.

6. I submitted an official Department of Justice application to the Orange County Sheriff's Department for a license to publicly carry a handgun. Exhibit "1" that is attached hereto is a true and correct copy of the relevant pages of my completed application, which has been partially redacted by the Orange County Sheriff's Department.

7. In my application for a license to publicly carry a handgun, my asserted "good cause" was based upon self-defense and defense of my spouse. In my

1  including the unusual times and unknown locations that I am required to travel, and
2  the emergency situations that I am called upon to confront.  See Exhibit "1".
3      8. In a letter dated March 21, 2012, my application for a Carry License was
4  denied by the Orange County Sheriff's Department for lack of "good cause."
5  Exhibit "2" that is attached hereto is a true and correct copy of the letter I received
6  from the Orange County Sheriff's Department, which they have partially redacted.
7      I declare under penalty of perjury, under the laws of the United States and of
8  the state of California, that the foregoing is true and correct.
9      Executed in the United States on September 6 , 2012.

David Weiss
Plaintiff

3