1  C. D. Michel – SBN 144258
   Glenn S. McRoberts – SBN 144852
2  Sean A. Brady - SBN 262007
   cmichel@michellawyers.com
3  MICHEL & ASSOCIATES, P.C.
   180 E. Ocean Blvd., Suite 200
4  Long Beach, CA 90802
   Telephone: (562) 216-4444
5  Facsimile:   (562) 216-4445
   www.michellawyers.com
6

7  Attorneys for Plaintiffs / Petitioners

8              IN THE UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10                     SOUTHERN DIVISION

11

12 DOROTHY McKAY, DIANA            )   CASE NO: SACV 12-1458JVS (JPRx)
   KILGORE, PHILLIP WILLMS,        )
   FRED KOGEN, DAVID WEISS, and    )
13 THE CRPA FOUNDATION,            )   DECLARATION OF DIANA
                                   )   KILGORE IN SUPPORT OF
14        Plaintiffs,              )   PLAINTIFFS' MOTION FOR
                                   )   PRELIMINARY INJUNCTION
15   v.                            )
                                   )   Date:      October 15, 2012
16 SHERIFF SANDRA HUTCHENS,        )   Time:      1:30 p.m.
   individually and in her official )   Location:  Ronald Reagan Federal
17 capacity as Sheriff of Orange County, )              Building
   California, ORANGE COUNTY       )              411 West Fourth Street
18 SHERIFF-CORONER                 )              Room 1053
   DEPARTMENT, COUNTY OF           )              Santa Ana, CA 92701
19 ORANGE, and DOES 1-10,          )   Courtroom: 10C
                                   )   Judge:     James V. Selna
20        Defendants.              )   Date Action Filed: September 5, 2012
                                   )
21 _____ )

22

23

24

25

26

27

28

                              1

# DECLARATION OF DIANA KILGORE

1. I, Diana Kilgore, submit this declaration in support of Plaintiffs' Motion for a Preliminary Injunction. I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2. I am a resident of Orange County, California and a United States Citizen over 21 years of age.

3. I am not prohibited under federal or California law from receiving or possessing firearms.

4. I am a member of The California Rifle and Pistol Association and a contributor to The CRPA Foundation.

5. I own a handgun and I would carry a handgun in public for self-defense on occasions I deem appropriate, but do not do so because I fear prosecution since I do not possess a valid license to publicly carry a handgun pursuant to California Penal Code section 26150.

6. I have not applied to the Orange County Sheriff's Department for a license to publicly carry a handgun pursuant to California Penal Code section 26150 because I do not meet the "good cause" standard articulated in the Orange County Sheriff's Department's official written policy for issuing such licenses, as I have no specific threat against me nor engage in any particular business indicated in the policy as possibly warranting a license. (See Exhibit #)

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

2

1     7. Since "general concerns about personal safety" are not considered "good cause" by Sheriff Hutchens (*see* Exhibit 1), and I only have general concerns about my safety, any attempt by me to obtain a license to publicly carry a handgun from Sheriff Hutchens pursuant to California Penal Code section 26150 would be futile and a waste of my time and money.

    I declare under penalty of perjury, under the laws of the United States and of the state of California, that the foregoing is true and correct.

    Executed in the United States on September 5, 2012.

*[signature]*
Diana Kilgore
Plaintiff