C.D. Michel – SBN 144258
Glenn S. McRoberts – SBN 144852
Sean A. Brady - SBN 262007
cmichel@michellawyers.com
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile:   (562) 216-4445
www.michellawyers.com

Attorneys for Plaintiffs / Petitioners

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| DOROTHY McKAY, DIANA KILGORE, PHILLIP WILLMS, FRED KOGEN, DAVID WEISS, and THE CRPA FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>SHERIFF SANDRA HUTCHENS, individually and in her official capacity as Sheriff of Orange County, California, ORANGE COUNTY SHERIFF-CORONER DEPARTMENT, COUNTY OF ORANGE, and DOES 1-10,<br><br>Defendants. | CASE NO: SACV 12-1458JVS (JPRx)<br><br>**DECLARATION OF FRED KOGEN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:      October 15, 2012<br>Time:      1:30 p.m.<br>Location:  Ronald Reagan Federal Building<br>           411 West Fourth Street<br>           Room 1053<br>           Santa Ana, CA 92701<br>Courtroom: 10C<br>Judge:     James V. Selna<br>Date Action Filed: September 5, 2012 |

## **DECLARATION OF FRED KOGEN**

1. I, Fred Kogen, submit this declaration in support of Plaintiffs' Motion for a Preliminary Injunction. I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2. I am a resident of Orange County, California and a United States Citizen over 21 years of age.

3. I am not prohibited under federal or California law from receiving or possessing firearms.

4. I am a California licensed physician and a mohel. A mohel is a person that performs circumcisions of newborn male children. As a mohel, I often travel to various cities and am often meeting my clients for the very first time upon my arrival.

5. My occupation as a mohel is controversial and I have received threats. One such threat was in the form of a letter that was sent to me at my home, in which the individual called me a criminal, characterized my professional activities as crimes, and - in effect - called for my death. In the letter, he said he would kill every mohel if there would be no repercussions for doing so.

6. I own a handgun and I would carry a handgun in public for self-defense on occasions I deem appropriate, but do not do so because I fear prosecution since I do not possess a valid license to publicly carry a handgun pursuant to California Penal Code section 26150.

7. I submitted to the Orange County Sheriff's Department an official Department of Justice application for a license to publicly carry a handgun. Exhibit "1" that is attached hereto is a true and correct copy of the relevant pages of my completed application, which has been partially redacted by the Orange County Sheriff's Department.

1    8. My application for a license to publicly carry a handgun asserted "good cause" based upon self-defense and the defense of members of my immediate family, due to the controversial nature of my occupation, the sometimes remote locations to which I am required to travel, a lack of prior familiarity with the people I am meeting, receiving direct and indirect threats for my occupation, and a genuine fear for my own safety and the safety of the members of my family. See Exhibit "1."

9. On or about July 10, 2012, my application for a Carry License was denied by the Orange County Sheriff's Department for lack of "good cause." Exhibit "2" that is attached hereto is a true and correct copy of the letter I received from the Orange County Sheriff's Department, which they have partially redacted.

I declare under penalty of perjury, under the laws of the United States and of the state of California, that the foregoing is true and correct.

Executed in the United States on September 4, 2012.

*/s/ Fred Kogen*
Fred Kogen
Plaintiff