C. D. Michel – SBN 144258
Glenn S. McRoberts – SBN 144852
Sean A. Brady - SBN 262007
cmichel@michellawyers.com
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile:   (562) 216-4445
www.michellawyers.com

Attorneys for Plaintiffs / Petitioners

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| DOROTHY McKAY, DIANA KILGORE, PHILLIP WILLMS, FRED KOGEN, DAVID WEISS, and THE CRPA FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>SHERIFF SANDRA HUTCHENS, individually and in her official capacity as Sheriff of Orange County, California, ORANGE COUNTY SHERIFF-CORONER DEPARTMENT, COUNTY OF ORANGE, and DOES 1-10,<br><br>Defendants. | CASE NO: SACV 12-1458JVS (JPRx)<br><br>**DECLARATION OF PHILLIP WILLMS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:         October 15, 2012<br>Time:         1:30 p.m.<br>Location:    Ronald Reagan Federal Building<br>                   411 West Fourth Street<br>                   Room 1053<br>                   Santa Ana, CA 92701<br>Courtroom: 10C<br>Judge:        James V. Selna<br>Date Action Filed: September 5, 2012 |

# **DECLARATION OF PHILLIP WILLMS**

1. I, Phillip Willms, submit this declaration in support of Plaintiffs' Motion for a Preliminary Injunction. I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2. I am a resident of Orange County, California and a United States Citizen over 21 years of age.

3. I am not prohibited under federal or California law from receiving or possessing firearms.

4. I practice shooting firearms regularly at my local shooting range and I belong to a club where I regularly engage in shooting competitions.  As such, I am well versed in safe firearm handling procedures.

5. I often have expensive handguns that I transport unloaded and in locked containers for recreation and competition purposes.

6. I own a successful business in Orange County, California.

7. I own a handgun and would carry a handgun in public for self-defense on occasions I deem appropriate, but do not do so because I fear prosecution since I do not possess a valid license to publicly carry a handgun pursuant to California Penal Code section 26150.

8. On or about November 1, 2011, I submitted to the Orange County Sheriff's Department an official Department of Justice application for a license to publicly carry a handgun. Exhibit "1" that is attached hereto is a true and correct copy of the relevant pages of my completed application, which has been partially redacted by the Orange County Sheriff's Department.

9. In my application to the Orange County Sheriff's Department for a license to publicly carry a handgun, my asserted "good cause" was based upon self-defense.  Particularly, my asserted "good cause" was based upon my safety due to

expanding business sales, my handling of significant cash deposits, and protection of myself while transporting my own expensive firearms to and from shooting competitions. See Exhibit "1".

10. On or about January 24, 2012, my application for a Carry License was denied by the Orange County Sheriff's Department for lack of "good cause." Exhibit "2" that is attached hereto is a true and correct copy of the letter I received from the Orange County Sheriff's Department, which they have partially redacted.

11. In a letter dated February 22, 2012, I provided additional information in support of my application for the license to publicly carry a handgun. Exhibit "3" that is attached hereto is a true and correct copy of that letter.

12. On March 21, 2012, the Orange County Sheriff's Department again denied my request for a license to publicly carry a handgun. Exhibit "4" that is attached hereto is a true and correct copy of the second denial letter I received from the Orange County Sheriff's Department.

I declare under penalty of perjury, under the laws of the United States and of the state of California, that the foregoing is true and correct.

Executed in the United States on September 10, 2012.

Phillip Willms
Plaintiff