C. D. Michel – SBN 144258
Glenn S. McRoberts – SBN 144852
Sean A. Brady - SBN 262007
cmichel@michellawyers.com
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile:   (562) 216-4445
www.michellawyers.com

Attorneys for Plaintiffs / Petitioners

## IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| DOROTHY McKAY, DIANA KILGORE, PHILLIP WILLMS, FRED KOGEN, DAVID WEISS, and THE CRPA FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>SHERIFF SANDRA HUTCHENS, individually and in her official capacity as Sheriff of Orange County, California, ORANGE COUNTY SHERIFF-CORONER DEPARTMENT, COUNTY OF ORANGE, and DOES 1-10,<br><br>Defendants. | CASE NO: SACV 12-1458JVS (JPRx)<br><br>**DECLARATION OF SILVIO MONTANARELLA ON BEHALF OF CALIFORNIA RIFLE AND PISTOL ASSOCIATION FOUNDATION IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:         October 15, 2012<br>Time:         1:30 p.m.<br>Location:   Ronald Reagan Federal Building<br>                   411 West Fourth Street<br>                   Room 1053<br>                   Santa Ana, CA 92701<br>Courtroom: 10C<br>Judge:        James V. Selna<br>Date Action Filed: September 5, 2012 |

## DECLARATION OF SILVIO MONTANARELLA

1. I, Silvio Montanarella, submit this declaration in support of Plaintiffs' Motion for a Preliminary Injunction. I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2. I am the President of The CRPA Foundation, which is a Plaintiff in this case.

3. The CRPA Foundation is a nonprofit entity classified as a 501(c)(3) charitable corporation and has its primary place of business is in Fullerton, California.

4. The CRPA Foundation is an association that seeks to: raise awareness about unconstitutional laws, defend and expand the legal recognition of the rights protected by the Second Amendment via litigation and other means, promote firearms and hunting safety, protect hunting rights, enhance marksmanship skills of those participating in shooting sports, and educate the public about firearms.

5. To achieve its goals The CRPA Foundation conducts firearms safety advocacy and advocates in court through litigation brought on behalf and for the benefit of the California Rifle and Pistol Association ("CRPA"), the CRPA's approximate 35,000 dues-paying members, the tens of thousands of additional donors and supporters, and California firearm owners in general. Such judicial advocacy generally regards firearm laws and rights and specifically involves, inter alia, the ability of law-abiding adults to publicly carry firearms for self-defense. The CRPA Foundation uses its financial and human resources to counsel firearms owners about their rights and duties with regard to carrying firearms for self-defense while also supporting litigation that promotes the right to carry a firearm.

6. In response to Sheriff Hutchens' policy for issuing licenses to carry a handgun pursuant to California Penal Code section 26150 The CRPA Foundation

has been required to devote financial and human resources to commence litigation to adjudicate the other Plaintiffs' rights with regard to the unlawful activities challenged herein. As a result of The CRPA Foundation's use of its resources to identify and counsel Plaintiffs, and to fund this litigation, it has had to divert resources it would have otherwise used for promoting its other organizational missions, such as firearm safety education.

7. CRPA members and contributors to The CRPA Foundation have communicated to me that they wish to obtain a Carry License, but refrain from applying on the basis of futility because they do not meet Sheriff Hutchens' official "good cause" standard and applying would be a waste of their time and money.

8. In this suit, The CRPA Foundation represents the interests of its many citizen and taxpayer supporters, and tens of thousands of members of the CRPA who reside in Orange County and desire to obtain a license to publicly carry a handgun, but who have been denied such a license for a supposed lack of "good cause" or have refrained from applying for a license because they do not meet Sheriff Hutchens' "good cause" requirements.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States on September 7, 2012.

_____
Silvio Montanarella
President, CRPA Foundation

3