NICHOLAS S. CHRISOS, COUNTY COUNSEL
NICOLE M. WALSH, DEPUTY (CA SBN 248222)
nicole.walsh@coco.ocgov.com
ELIZABETH A. PEJEAU, Deputy (CA SBN 210299)
liz.pejeau@coco.ocgov.com
333 West Santa Ana Boulevard, Suite 407
Post Office Box 1379
Santa Ana, California 92702-1379
Telephone: (714) 834-6257
Facsimile: (714) 834-2359

Attorneys for Defendants, Sheriff Sandra Hutchens, Orange County Sheriff-Coroner Department and County of Orange

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| DOROTHY McKAY, DIANA KILGORE, PHILLIP WILLMS, FRED KOGEN, DAVID WEISS, and THE CRPA FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>SHERIFF SANDRA HUTCHENS, individually and in her official capacity as Sheriff of Orange County; ORANGE COUNTY SHERIFF-CORONER DEPARTMENT; COUNTY OF ORANGE; and DOES 1-10,<br><br>Defendants. | Case No. 8:12-cv-01458 JVS (JPRx))<br><br>**STIPULATION RE: CONTINUATION OF HEARING ON MOTION FOR PRELIMINARY INJUNCTION**<br><br>[Filed Concurrently with [Proposed] Order]<br><br>**Current Hearing Date: October 15, 2012**<br>**New Hearing Date: October 29, 2012**<br>Current Opp. Due: September 24, 2012<br>New Opp. Due Date: October 9, 2012<br>Current Reply Date: October 1, 2012<br>New Reply Due Date: October 16, 2012 |

WHEREAS, Plaintiffs scheduled a Motion for Preliminary Injunction for October 15, 2012, before Judge James V. Selna;

WHEREAS, good cause for the continuance exists because Lead Counsel for Defendants, Nicole M. Walsh, has a bench trial scheduled in *City of Irvine v. County of Orange*, Orange County Superior Court Case No. 30-2012-00538072, Department CX-102, Honorable Judge Steven L. Perk, on October 15, 2012, at 8:30 a.m.;

WHEREAS, the parties have not entered into any prior agreements for continuances;

//

1      WHEREAS, Lead Counsel for Plaintiffs, C.D. Michel, is unavailable October 22, 2012;

2      IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that, subject to court approval, the Motion for Preliminary Injunction shall be continued from October 15, 2012, at 1:30 p.m. in Department 10-C to October 29, 2012, at the same time and place.

3      IT IS FURTHER STIPULATED that in accordance with Local Rule 7-11, the Opposition and Reply dates shall be altered; the Opposition shall now be due on October 9, 2012, and the Reply shall be due on October 16, 2012.

4      IT IS FURTHER STIPULATED that, to the extent the Court's calendar allows for such – all parties recognizing the tremendous pressure the Court is under – the parties respectfully seek an expedited ruling from this Court on Plaintiffs' Motion for Preliminary Injunction.

5      IT IS FURTHER STIPULATED that this stipulation may be executed in counterparts with facsimile signatures pursuant to Local Rule 11-2.

DATED:  September 13, 2012

Respectfully submitted,
NICHOLAS S. CHRISOS, COUNTY COUNSEL
NICOLE M. WALSH, DEPUTY, and
ELIZABETH A. PEJEAU

By _/s/ Nicole M. Walsh_
Nicole M. Walsh, Deputy

Attorneys for Defendants, Sheriff Sandra Hutchens, Orange County Sheriff-Coroner Department and County of Orange

DATED:  September 13, 2012

MICHEL & ASSOCIATES
C.D. MICHEL
GLENN MCROBERTS and
SEAN A. BRADY

By_____
C.D. Michel, Esq.

Attorneys for Plaintiffs, Dorothy Mckay, Diana Kilgore, Phillip Willms, Fred Kogen, David Weiss, and The CRPA Foundation

1  WHEREAS, Lead Counsel for Plaintiffs, C.D. Michel, is unavailable October 22, 2012;

3  IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that, subject to court approval, the Motion for Preliminary Injunction shall be continued from October 15, 2012, at 1:30 p.m. in Department 10-C to October 29, 2012, at the same time and place.

7  IT IS FURTHER STIPULATED that in accordance with Local Rule 7-11, the Opposition and Reply dates shall be altered; the Opposition shall now be due on October 9, 2012, and the Reply shall be due on October 16, 2012.

10  IT IS FURTHER STIPULATED that, to the extent the Court's calendar allows for such – all parties recognizing the tremendous pressure the Court is under – the parties respectfully seek an expedited ruling from this Court on Plaintiffs' Motion for Preliminary Injunction.

14  IT IS FURTHER STIPULATED that this stipulation may be executed in counterparts with facsimile signatures pursuant to Local Rule 11-2.

DATED: September 13, 2012

Respectfully submitted,
NICHOLAS S. CHRISOS, COUNTY COUNSEL
NICOLE M. WALSH, DEPUTY, and
ELIZABETH A. PEJEAU

By_____
Nicole M. Walsh, Deputy

Attorneys for Defendants, Sheriff Sandra Hutchens, Orange County Sheriff-Coroner Department and County of Orange

DATED: September 13, 2012

MICHEL & ASSOCIATES
C.D. MICHEL
GLENN MCROBERTS and
SEAN A. BRADY

By_____
C.D. Michel, Esq.

Attorneys for Plaintiffs, Dorothy Mckay, Diana Kilgore, Phillip Willms, Fred Kogen, David Weiss, and The CRPA Foundation

-2-

# CERTIFICATE OF SERVICE

I do hereby declare that I am a citizen of the United States employed in the County of Orange, over 18 years old and that my business address is 333 W. Santa Ana Blvd., Suite 407, Santa Ana, California 92702-1379, and my email address is marz.lair@coco.ocgov.com. I am not a party to the within action.

I hereby certify that I caused the foregoing **STIPULATION RE: CONTINUATION OF HEARING ON MOTION FOR PRELIMINARY INJUNCTION** to be served on September 13, 2012, upon all counsel of record listed below by electronic filing utilizing the U.S.D.C.'s CM/ECF:

| | |
|---|---|
| Carl Dawson Michel, Esq.<br>Email: cmichel@michellawyers.com<br>Glenn S McRoberts, Esq.<br>Email: gmcroberts@michellawyers.com<br>Sean Anthony Brady, Esq.<br>Email: sbrady@michellawyers.com<br>MICHEL & ASSOCIATES PC<br>180 East Ocean Blvd., Ste. 200<br>Long Beach, CA 90802<br>562-216-4444<br>Fax: 562-216-4445 | Attorneys for Plaintiffs, Dorothy McKay, Diana Kilgore, Phillip Willms, Fred Kogen, David Weiss, and the CRPA Foundation |

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed in Santa Ana, California this 13th day of September, 2012.

_____
Marzette L. Lair