NICHOLAS S. CHRISOS, COUNTY COUNSEL
NICOLE M. WALSH, DEPUTY (CA SBN 248222)
nicole.walsh@coco.ocgov.com
ELIZABETH A. PEJEAU, Deputy (CA SBN 210299)
liz.pejeau@coco.ocgov.com
333 West Santa Ana Boulevard, Suite 407
Post Office Box 1379
Santa Ana, California 92702-1379
Telephone: (714) 834-6257
Facsimile: (714) 834-2359

Attorneys for Defendants, Sheriff Sandra Hutchens, Orange County Sheriff-Coroner Department and County of Orange

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| DOROTHY McKAY, DIANA KILGORE, PHILLIP WILLMS, FRED KOGEN, DAVID WEISS, and THE CRPA FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>SHERIFF SANDRA HUTCHENS, individually and in her official capacity as Sheriff of Orange County; ORANGE COUNTY SHERIFF-CORONER DEPARTMENT; COUNTY OF ORANGE; and DOES 1-10,<br><br>Defendants. | Case No. 8:12-cv-01458 JVS (JPRx))<br><br>**ORDER RE: CONTINUANCE OF HEARING ON MOTION FOR PRELIMINARY INJUNCTION CONFERENCE**<br><br>[Filed Concurrently with Stipulation] |

GOOD CAUSE APPEARING THEREFORE and in accordance with the Parties' Stipulation, IT IS HEREBY ORDERED THAT:

The Motion for Preliminary Injunction shall be continued from October 15, 2012, at 1:30 p.m. in Department 10-C to October 29, 2012, at the same time and place. Defendants' Opposition is due October 9, 2012 and Plaintiffs' Reply is due October 16, 2012.

//
//
//

    To the extent this Court's calendar allows for such, a ruling on Plaintiffs' Motion for Preliminary Injunction shall be given priority status.

    **IT IS SO ORDERED.**

DATED:

_____
HONORABLE JAMES V. SELNA
United States District Court Judge

# CERTIFICATE OF SERVICE

I do hereby declare that I am a citizen of the United States employed in the County of Orange, over 18 years old and that my business address is 333 W. Santa Ana Blvd., Suite 407, Santa Ana, California 92702-1379, and my email address is marz.lair@coco.ocgov.com. I am not a party to the within action.

I hereby certify that I caused the foregoing [PROPOSED] **ORDER RE: CONTINUANCE OF HEARING ON MOTION FOR PRELIMINARY INJUNCTION CONFERENCE** to be served on September 13, 2012 upon all counsel of record listed below by electronic filing utilizing the U.S.D.C.'s CM/ECF:

| | |
|---|---|
| Carl Dawson Michel, Esq.<br>Email: cmichel@michellawyers.com<br>Glenn S McRoberts, Esq.<br>Email: gmcroberts@michellawyers.com<br>Sean Anthony Brady, Esq.<br>Email: sbrady@michellawyers.com<br>MICHEL & ASSOCIATES PC<br>180 East Ocean Blvd., Ste. 200<br>Long Beach, CA 90802<br>562-216-4444<br>Fax: 562-216-4445 | Attorneys for Plaintiffs, Dorothy McKay, Diana Kilgore, Phillip Willms, Fred Kogen, David Weiss, and the CRPA Foundation |

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed in Santa Ana, California this 13th day of September, 2012.

_____
Marzette L. Lair

CERTIFICATE OF SERVICE