NICHOLAS S. CHRISOS, COUNTY COUNSEL
NICOLE M. WALSH, DEPUTY (CA SBN 248222)
nicole.walsh @coco.ocgov.com
ELIZABETH A. PEJEAU, Deputy (CA SBN 210299)
liz.pejeau@coco.ocgov.com
333 West Santa Ana Boulevard, Suite 407
Post Office Box 1379
Santa Ana, California  92702-1379
Telephone:  (714) 834-6257
Facsimile:  (714) 834-2359

Attorneys for Defendants, Sheriff Sandra Hutchens, Orange County Sheriff-Coroner Department and County of Orange

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| DOROTHY McKAY, DIANA KILGORE, PHILLIP WILLMS, FRED KOGEN, DAVID WEISS, and THE CRPA FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>SHERIFF SANDRA HUTCHENS, individually and in her official capacity as Sheriff of Orange County; ORANGE COUNTY SHERIFF-CORONER DEPARTMENT; COUNTY OF ORANGE; and DOES 1-10,<br><br>Defendants. | Case No. 8:12-cv-01458 JVS (JPRx))<br><br>**ORDER RE: CONTINUANCE OF HEARING ON MOTION FOR PRELIMINARY INJUNCTION CONFERENCE**<br><br>**[Filed Concurrently with Stipulation]** |

GOOD CAUSE APPEARING THEREFORE and in accordance with the Parties' Stipulation, IT IS HEREBY ORDERED THAT:

The Motion for Preliminary Injunction shall be continued from October 15, 2012, at 1:30 p.m. in Department 10-C to October 29, 2012, at the same time and place. Defendants' Opposition is due October 9, 2012 and Plaintiffs' Reply is due October 16, 2012.

//

//

To the extent this Court's calendar allows for such, a ruling on Plaintiffs' Motion for Preliminary Injunction shall be given priority status.

**IT IS SO ORDERED.**

DATED: September 17, 2012

_____
HONORABLE JAMES V. SELNA
United States District Court Judge