NICHOLAS S. CHRISOS, COUNTY COUNSEL
MARIANNE VAN RIPER, Supervising Deputy (CA SBN 136688)
Marianne.vanriper@coco.ocgov.com
NICOLE M. WALSH, DEPUTY (CA SBN 248222)
nicole.walsh@coco.ocgov.com
333 West Santa Ana Boulevard, Suite 407
Post Office Box 1379
Santa Ana, California  92702-1379
Telephone:  (714) 834-6257
Facsimile:  (714) 834-2359

Attorneys for Defendants, Sheriff Sandra Hutchens and
Orange County Sheriff-Coroner Department

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| DOROTHY McKAY, DIANA KILGORE, PHILLIP WILLMS, FRED KOGEN, DAVID WEISS, and THE CRPA FOUNDATION,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>SHERIFF SANDRA HUTCHENS, individually and in her official capacity as Sheriff of Orange County; ORANGE COUNTY SHERIFF-CORONER DEPARTMENT; COUNTY OF ORANGE; and DOES 1-10,<br><br>　　　　　　　Defendants. | Case No. 8:12-cv-01458 JVS (JPRx)<br><br>**DECLARATION OF VICKI SANDS IN SUPPORT OF DEFENDANTS' OPPOSITION TO THE MOTION FOR PRELIMINARY INJUNCTION**<br><br>DATE:  October 29, 2012<br>TIME:  1:30 p.m.<br>PLACE:  Courtroom 10C |

I, Vicki Sands, declare:

　　　1.　　Unless stated on information and belief, I have personal knowledge of the statements contained in this declaration, and if called upon to testify, I could and would competently testify to the facts stated below.  Where statements are made on information and belief, I believe those statements to be true.

　　　2.　　I am an Information Systems Analyst with the California Department of Justice ("DOJ") and have worked with the State for 36 years.

//

3. As a business and systems analyst, I develop and implement design requirements, system specifications and enhancements for the Automated Criminal History System ("ACHS"). I assist in the development of needs assessments and feasibility study reports; perform multiple activities and provide technical skills for special projects which include, but not limited to ACHS and its sub-files; monitor and respond to ACHS information requests from user groups; write and maintain specifications for automated interfaces with agencies; perform analysis and testing in the development and implementation of design requirements and system enhancements.

4. The DOJ maintains a data warehouse copy of the ACHS for extracting statistical information. The County of Orange, through the Office of County Counsel, requested that the DOJ complete a statistical run from the ACHS database to determine the number of criminal identification and index (CII) subjects originating in Orange County with a felony arrest from January 1, 2011 – December 31, 2011. Based on this criteria, I developed queries to search the system and extract appropriate numbers. From this run, 31,964 subjects at the time of arrest had an Orange County Originating Agency Identifier (ORI).

5. Of these 31,964 subjects with a felony arrest, 10,420 had a felony conviction prior to January 1, 2011, which includes 383 convicted of felony domestic violence pursuant to Penal Code section 273.5.

6. Of these 31,964 subjects with a felony arrest, 1,332 had a misdemeanor domestic violence conviction pursuant to Penal Code section 273.5 prior to January 1, 2011, of which 676 also had a prior felony conviction.

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

EXECUTED this 9th day of October 2012 at Sacramento, California.

*Vicki Sands*

Vicki Sands, Declarant

# CERTIFICATE OF SERVICE

I do hereby declare that I am a citizen of the United States employed in the County of Orange, over 18 years old and that my business address is 333 W. Santa Ana Blvd., Suite 407, Santa Ana, California 92702-1379, and my email address is marz.lair@coco.ocgov.com. I am not a party to the within action.

I hereby certify that I caused the foregoing **DECLARATION OF VICKI SANDS IN SUPPORT OF DEFENDANTS' OPPOSITION TO THE MOTION FOR PRELIMINARY INJUNCTION** to be served on October 9, 2012, upon all counsel of record listed below by electronic filing utilizing the U.S.D.C.'s CM/ECF:

| | |
|---|---|
| C.D. Michel, Esq.<br>Email: cmichel@michellawyers.com<br>Glenn S McRoberts, Esq.<br>Email: gmcroberts@michellawyers.com<br>Sean Anthony Brady, Esq.<br>Email: sbrady@michellawyers.com<br>MICHEL & ASSOCIATES PC<br>180 East Ocean Blvd., Ste. 200<br>Long Beach, CA 90802<br>562-216-4444<br>Fax: 562-216-4445 | Attorneys for Plaintiffs, Dorothy McKay, Diana Kilgore, Phillip Willms, Frederick Kogen, David Weiss, and the CRPA Foundation |

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed in Santa Ana, California this 9th day of October, 2012.

*/s/ Marzette L. Lair*
Marzette L. Lair