C. D. Michel - S.B.N. 144258
Glenn S. McRoberts - S.B.N. 144852
Sean A. Brady – S.B.N.262007
MICHEL & ASSOCIATES, PC
180 E. Ocean Boulevard, Suite 200
Long Beach, CA 90802
Telephone: 562-216-4444
Facsimile: 562-216-4445
Email: cmichel@michellawyers.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DOROTHY McKAY, DIANA KILGORE, PHILLIP WILLMS, FRED KOGEN, DAVID WEISS, and THE CRPA FOUNDATION,<br><br>Plaintiffs,<br><br>vs.<br><br>SHERIFF SANDRA HUTCHENS, individually and in her official capacity as Sheriff of Orange County, California, ORANGE COUNTY SHERIFF-CORONER DEPARTMENT, COUNTY OF ORANGE, CALIFORNIA, and DOES 1-10,<br><br>Defendants. | CASE NO.: SACV 12-1458JVS (JPRx)<br><br>STIPULATION OF PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41 FOR DISMISSAL OF DEFENDANT COUNTY OF ORANGE WITHOUT PREJUDICE |

## STIPULATION

This Stipulation ("Stipulation") is entered into by and among Plaintiffs DOROTHY McKAY, DIANA KILGORE, PHILLIP WILLMS, FRED KOGEN, DAVID WEISS, and THE CRPA FOUNDATION (collectively and individually, "Plaintiffs"), the Defendants named herein as SHERIFF SANDRA HUTCHENS and the ORANGE COUNTY SHERIFF-CORONER DEPARTMENT (collectively and individually, "Sheriff"), and Defendant COUNTY OF ORANGE, CALIFORNIA (the "County"), by and through their respective attorneys of record, pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), as follows:

SACV 12-1458JVS (JPRx)              1

1. The material allegations of Plaintiffs' charging pleadings in the above-entitled action and the relief being sought by Plaintiffs herein pertain to statutory law of the State of California and to a policy of the Orange County Sheriff, which were neither enacted nor adopted by, nor subject to enforcement authority on the part of, Defendant County's Board of Supervisors.

2. All parties believe that the County is not a necessary or proper party defendant in this action.

3. The County is hereby dismissed, without prejudice, from this action in its entirety, which dismissal shall not prejudice any claims, allegations, or relief being pursued by Plaintiffs as to any other defendants apart from the County.

4. Plaintiffs and County shall bear their own attorney's fees and costs in this matter vis-à-vis each other, without prejudice to the remaining parties' rights to claim such recoveries against each other, if appropriate.

[Continuing text and signatures on following page]

//
//
//
//
//
//
//
//
//
//
//

**SACV 12-1458JVS (JPRx)**                                  2

5. This Stipulation may be signed in counterparts, which when taken together shall constitute one original, and such counterpart signature pages may be exchanged and compiled using facsimile and/or .pdf file versions, which shall be deemed to be original signatures.

DATED: October 24, 2012

MICHEL & ASSOCIATES, PC

By _____
Sean A. Brady

Attorneys for Plaintiffs

DATED: October 24, 2012

NICHOLAS S. CHRISOS, COUNTY COUNSEL
and Jeffrey M Richard, Senior Assistant

By _____
Jeffrey M. Richard, Senior Assistant

Attorneys for Defendant COUNTY OF ORANGE

DATED: October 24, 2012

NICHOLAS S. CHRISOS, COUNTY COUNSEL
and Marianne Van Riper, Supervising Deputy

By Marianne Van Riper
Marianne Van Riper, Supervising Deputy

Attorneys for Defendants SHERIFF SANDRA HUTCHENS and the ORANGE COUNTY SHERIFF-CORONER DEPARTMENT

SACV 12-1458JVS (JPRx)            3

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DOROTHY McKAY, DIANA KILGORE, PHILLIP WILLMS, FRED KOGEN, DAVID WEISS, and THE CRPA FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>SHERIFF SANDRA HUTCHENS, individually and in her official capacity as Sheriff of Orange County, California, ORANGE COUNTY SHERIFF-CORONER DEPARTMENT, COUNTY OF ORANGE, CALIFORNIA, and DOES 1-10,<br><br>Defendants. | **CASE NO.: SACV 12-1458JVS (JPRx)**<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California, 90802.

I am not a party to the above-entitled action. I have caused service of

**STIPULATION OF PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41 FOR DISMISSAL OF DEFENDANT COUNTY OF ORANGE WITHOUT PREJUDICE**

on the following party by electronically filing the foregoing with the Clerk of the U. S. D.C. using its CM/ECF System, which electronically notifies them.

Nicholas S. Chrisom, County Counsel
Nicole M. Walsh, Deputy
nicole.walsh@coco.ocgov.com
333 West Santa Ana Blvd., Suite 407
Post Office Box 1379
Santa Ana, CA 92702-137

Jeffrey M. Richard
Senior Assistant County Counsel
Office of the Orange County Counsel
333 W. Santa Ana Blvd., Fourth Floor
P.O. Box 1379
Santa Ana, CA 92702-1379

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 24, 2012.

/s/ C. D. Michel
C. D. Michel
Attorneys for Plaintiffs

SACV 12-1458JVS (JPRx)