1   NICHOLAS S. CHRISOS, COUNTY COUNSEL
2   MARIANNE VAN RIPER, Supervising Deputy (CA SBN 136688)
    marianne.vanriper@coco.ocgov.com
3   NICOLE M. WALSH, DEPUTY (CA SBN 248222)
    nicole.walsh @coco.ocgov.com
4   333 West Santa Ana Boulevard, Suite 407
    Post Office Box 1379
5   Santa Ana, California  92702-1379
    Telephone:  (714) 834-6257
6   Facsimile:  (714) 834-2359

7   Attorneys for Defendants, Sheriff Sandra Hutchens,
    and Orange County Sheriff-Coroner Department

8                   UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10                 SOUTHERN DIVISION – SANTA ANA

11   DOROTHY McKAY, DIANA KILGORE,  )   Case No. 8:12-cv-01458 JVS (JPRx)
     PHILLIP WILLMS, FRED KOGEN,    )
12   DAVID WEISS, and THE CRPA      )
     FOUNDATION,                    )   **ANSWER OF DEFENDANTS SHERIFF**
13                                  )   **SANDRA HUTCHENS AND THE**
                      Plaintiffs,   )   **ORANGE COUNTY SHERIFF-**
14                                  )   **CORONER DEPARTMENT TO**
          v.                        )   **PLAINTIFFS' FIRST AMENDED**
15                                  )   **COMPLAINT**
     SHERIFF SANDRA HUTCHENS,       )
16   individually and in her official capacity as )
     Sheriff of Orange County; ORANGE )
17   COUNTY SHERIFF-CORONER         )
     DEPARTMENT; COUNTY OF ORANGE;  )
18   and DOES 1-10,                 )
                                    )
19                      Defendants. )
                                    )
20

21        Defendants, Sheriff Sandra Hutchens and the Orange County Sheriff-Coroner

22   Department (collectively "Defendants"), hereby respond to the First Amended Complaint

23   ("FAC") filed by Plaintiffs, Dorothy McKay, Diana Kilgore, Phillip Willms, Fred Kogen,

24   David Weiss and the CRPA Foundation (collectively "Plaintiffs"), as follows:

25        1.     Responding to Paragraph 1 of the FAC, Defendants submit that the Complaint

26   speaks for itself as to what Plaintiffs are challenging and attempting to enjoin in this action.

27   Defendants further submit that Defendants' official written policy speaks for itself and that

28   it does contain a "good cause" requirement.  Defendants deny the remaining allegations

OFFICE OF THE COUNTY COUNSEL
COUNTY OF ORANGE

OFFICE OF THE COUNTY COUNSEL
COUNTY OF ORANGE

contained in Paragraph 1 of the FAC.

2.      Responding to Paragraph 2 of the FAC, Defendants deny each and every allegation contained therein.

3.      Responding to Paragraph 3 of the FAC, Defendants deny each and every allegation contained therein.

4.      Responding to Paragraph 4 of the FAC, Defendants submit that the Complaint speaks for itself as to what relief Plaintiffs are seeking and deny that Sheriff Hutchens' policy and/or practice are unconstitutional.

5.      Responding to Paragraph 5 of the FAC, Defendants lack sufficient information, knowledge, and/or belief to enable them to admit or deny the information contained therein, and on that basis, denies each and every allegation contained therein.

6.      Responding to Paragraph 6 of the FAC, Defendants lack sufficient information, knowledge, and/or belief to enable them to admit or deny the information contained therein, and on that basis, denies each and every allegation contained therein.

7.      Responding to Paragraph 7 of the FAC, Defendants lack sufficient information, knowledge and/or belief to enable them to admit or deny whether Plaintiff Dorothy McKay is a public school teacher and/or a National Rifle Association-certified Firearms Instructor/ Range Safety officer, and on that basis, denies these allegations.  Defendants admit the remaining allegations contained in Paragraph 7 of the FAC.

8.      Responding to Paragraph 8 of the FAC, Defendants admit the allegations contained therein.

9.      Responding to Paragraph 9 of the FAC, Defendants lack sufficient information, knowledge and/or belief to enable them to admit or deny whether Plaintiff Phillip Willms is an Orange County business owner and competitive shooter who has a Carry License issued from Arizona and Nevada, and on that basis, denies these allegations.  Defendants admit the remaining allegations contained in Paragraph 9 of the FAC.

10.     Responding to Paragraph 10 of the FAC, Defendants admit the allegations contained therein.

OFFICE OF THE COUNTY COUNSEL
COUNTY OF ORANGE

11.   Responding to Paragraph 11 of the FAC, Defendants lack sufficient information, knowledge and/or belief to enable them to admit or deny whether Plaintiff Fred Kogen is a medical doctor who travels performing infant circumcisions and whether some have threatened those doctors, including Plaintiff Kogen.  Defendants further deny that his application revealed any threats against Plaintiff Kogen.  Defendants admit the remaining allegations contained in Paragraph 11 of the FAC.

12.   Responding to Paragraph 12 of the FAC, Defendants admit the allegations contained therein.

13.   Responding to Paragraph 13 of the FAC, Defendants lack sufficient knowledge, information and/or belief to enable them to admit or deny whether Plaintiff David Weiss is a pastor who travels around Orange County to meet with his parishioners in need and who travels all over California to meet with parishioners in need from other churches and/or whether he has Carry Licenses issued by Arizona and New Hampshire. Defendants admit the remaining allegations contained in Paragraph 13 of the FAC.

14.   Responding to Paragraph 14 of the FAC, Defendants admit the allegations contained therein.

15.   Responding to Paragraph 15 of the FAC, Defendants lack sufficient knowledge, information and/or belief to enable them to admit or deny the allegations contained therein, and on that basis, denies each and every allegation contained therein.

16.   Responding to Paragraph 16 of the FAC, Defendants lack sufficient knowledge, information and/or belief to enable them to admit or deny the allegations contained therein, and on that basis, denies each and every allegation contained therein.

17.   Responding to Paragraph 17 of the FAC, Defendants lack sufficient knowledge, information and/or belief to enable them to admit or deny the allegations contained therein, and on that basis, denies each and every allegation contained therein.

18.   Responding to Paragraph 18 of the FAC, Defendants deny that Sheriff Hutchens has engaged in "unlawful acts" or that the challenged acts are "unlawful activities."  Defendants lack sufficient knowledge, information, and/or belief to admit or

1    deny the remaining allegations contained in Paragraph 18 of the FAC, and on that basis,

2    denies each and every remaining allegation.

3        19.    Responding to Paragraph 19 of the FAC, Defendants lack sufficient

4    knowledge, information and/or belief to enable them to admit or deny the allegations

5    contained therein, and on that basis, denies each and every allegation contained therein.

6        20.    Responding to Paragraph 20 of the FAC, Defendants deny that Sheriff

7    Hutchens is responsible for formulating the sections of the California Penal Code that are

8    challenged in Plaintiffs' lawsuit, or that she is responsible for administering and/or

9    executing the Penal Code in any part of the State other than the County of Orange.

10   Defendants admit the remaining allegations contained in Paragraph 20 of the FAC.

11       21.    Responding to Paragraph 21 of the FAC, Defendants deny that the Orange

12   County Sheriff's Department always acts with the express authority and approval of

13   Defendant County of Orange and its Board of Supervisors, as Sheriff Hutchens is an elected

14   (rather than an appointed) official with her own set of duties and responsibilities.  Defen-

15   dants admit the remaining allegations contained in Paragraph 21 of the FAC.

16       22.    Responding to Paragraph 22 of the FAC, Defendants admit the allegations

17   contained therein.

18       23.    Responding to Paragraph 23 of the FAC, Defendants deny that that the County

19   of Orange is responsible for establishing, implementing or administering Sheriff Hutchens'

20   policy for issuing Carry Licenses or are otherwise responsible for denying Plaintiffs'

21   applications for a Carry License.  Defendants lack sufficient knowledge, information, and/or

22   belief to admit or deny the remaining allegations contained in Paragraph 23 of the FAC, and

23   on that basis, denies each and every remaining allegation.

24       24.    Responding to Paragraph 24 of the FAC, Defendants admit the allegations

25   contained therein.

26       25.    Responding to Paragraph 25 of the FAC, Defendants submit that the paragraph

27   does not contain any charging allegations against Defendants and states only legal

28   conclusions which do not require Defendants to admit or deny.  However, to the extent said

OFFICE OF THE COUNTY COUNSEL
COUNTY OF ORANGE

-4-

1  paragraph is construed to contain charging allegations against Defendants, Defendants deny

2  each and every allegation. .

3     26.    Responding to Paragraph 26 of the FAC, Defendants submit that the paragraph

4  does not contain any charging allegations against Defendants and states only legal

5  conclusions which do not require Defendants to admit or deny.  However, to the extent said

6  paragraph is construed to contain charging allegations against Defendants, Defendants deny

7  each and every allegation.

8     27.    Responding to Paragraph 27 of the FAC, Defendants submit that the paragraph

9  does not contain any charging allegations against Defendants and states only legal

10  conclusions which do not require Defendants to admit or deny.  However, to the extent said

11  paragraph is construed to contain charging allegations against Defendants, Defendants deny

12  each and every allegation.

13     28.    Responding to Paragraph 28 of the FAC, Defendants submit that the paragraph

14  does not contain any charging allegations against Defendants and states only legal

15  conclusions which do not require Defendants to admit or deny.  However, to the extent said

16  paragraph is construed to contain charging allegations against Defendants, Defendants deny

17  each and every allegation.

18     29.    Responding to Paragraph 29 of the FAC, Defendants submit that the paragraph

19  does not contain any charging allegations against Defendants and states only legal

20  conclusions which do not require Defendants to admit or deny.  However, to the extent said

21  paragraph is construed to contain charging allegations against Defendants, Defendants deny

22  each and every allegation.

23     30.    Responding to Paragraph 30 of the FAC, Defendants submit that the paragraph

24  does not contain any charging allegations against Defendants and states only legal

25  conclusions which do not require Defendants to admit or deny.  However, to the extent said

26  paragraph is construed to contain charging allegations against Defendants, Defendants deny

27  each and every allegation.

28  //

OFFICE OF THE COUNTY COUNSEL
COUNTY OF ORANGE

1    31.    Responding to Paragraph 31 of the FAC, Defendants submit that the paragraph

2  does not contain any charging allegations against Defendants and states only legal

3  conclusions which do not require Defendants to admit or deny.  However, to the extent said

4  paragraph is construed to contain charging allegations against Defendants, Defendants deny

5  each and every allegation.

6    32.    Responding to Paragraph 32 of the FAC, Defendants submit that the paragraph

7  does not contain any charging allegations against Defendants and states only legal

8  conclusions which do not require Defendants to admit or deny.  However, to the extent said

9  paragraph is construed to contain charging allegations against Defendants, Defendants deny

10  each and every allegation.

11    33.    Responding to Paragraph 33 of the FAC, lack knowledge, information and/or

12  belief to enable them to admit or deny the allegations contained therein, and on that basis,

13  denies each and every allegation.

14    34.    Responding to Paragraph 34 of the FAC, Defendants submit that the paragraph

15  does not contain any charging allegations against Defendants and states only legal

16  conclusions which do not require Defendants to admit or deny.  However, to the extent said

17  paragraph is construed to contain charging allegations against Defendants, Defendants deny

18  each and every allegation.

19    35.    Responding to Paragraph 35 of the FAC, Defendants submit that the paragraph

20  does not contain any charging allegations against Defendants and states only legal

21  conclusions which do not require Defendants to admit or deny.  However, to the extent said

22  paragraph is construed to contain charging allegations against Defendants, Defendants deny

23  each and every allegation..

24    36.    Responding to Paragraph 36 of the FAC, Defendants submit that the paragraph

25  does not contain any charging allegations against Defendants and states only legal

26  conclusions which do not require Defendants to admit or deny.  However, to the extent said

27  paragraph is construed to contain charging allegations against Defendants, Defendants deny

28  each and every allegation.

OFFICE OF THE COUNTY COUNSEL
COUNTY OF ORANGE

37. Responding to Paragraph 37 of the FAC, Defendants submit that the paragraph does not contain any charging allegations against Defendants and states only legal conclusions which do not require Defendants to admit or deny. However, to the extent said paragraph is construed to contain charging allegations against Defendants, Defendants deny each and every allegation.

38. Responding to Paragraph 38 of the FAC, Defendants deny each and every allegation contained therein. .

39. Responding to Paragraph 39 of the FAC, Defendants submit that the paragraph does not contain any charging allegations against Defendants and states only legal conclusions which do not require Defendants to admit or deny. However, to the extent said paragraph is construed to contain charging allegations against Defendants, Defendants deny each and every allegation.

40. Responding to Paragraph 40 of the FAC, Defendants submit that the paragraph does not contain any charging allegations against Defendants and states only legal conclusions which do not require Defendants to admit or deny. However, to the extent said paragraph is construed to contain charging allegations against Defendants, Defendants deny each and every allegation.

41. Responding to Paragraph 41 of the FAC, Defendants submit that the paragraph does not contain any charging allegations against Defendants and states only legal conclusions which do not require Defendants to admit or deny. However, to the extent said paragraph is construed to contain charging allegations against Defendants, Defendants deny each and every allegation.

42. Responding to Paragraph 42 of the FAC, Defendants submit that the paragraph does not contain any charging allegations against Defendants and states only legal conclusions which do not require Defendants to admit or deny. However, to the extent said paragraph is construed to contain charging allegations against Defendants, Defendants deny each and every allegation.

//

OFFICE OF THE COUNTY COUNSEL
COUNTY OF ORANGE

43.     Responding to Paragraph 43 of the FAC, Defendants submit that the paragraph does not contain any charging allegations against Defendants and states only legal conclusions which do not require Defendants to admit or deny. However, to the extent said paragraph is construed to contain charging allegations against Defendants, Defendants deny each and every allegation.

44.     Responding to Paragraph 44 of the FAC, Defendants submit that the paragraph does not contain any charging allegations against Defendants and states only legal conclusions which do not require Defendants to admit or deny. However, to the extent said paragraph is construed to contain charging allegations against Defendants, Defendants deny each and every allegation.

45.     Responding to Paragraph 45 of the FAC, Defendants deny each and every allegation contained therein.

46.     Responding to Paragraph 46 of the FAC, Defendants submit that Sheriff Hutchens' official written policy regarding the applications for Carry License speaks for itself and deny that all applications that assert general concerns for personal safety are denied, but admit that general concerns about personal safety, without other facts showing good cause, does not constitute good cause under the policy.

47.     Responding to Paragraph 47 of the FAC, Defendants submit that Sheriff Hutchens' official written policy regarding the applications for Carry License speaks for itself and deny the remaining allegations contained therein.

48.     Responding to Paragraph 48 of the FAC, Defendants submit that Sheriff Hutchens' official written policy regarding the applications for Carry License speaks for itself and deny that all applications that assert general concerns for personal safety are denied, but admit that general desire for self defense, without other facts showing good cause, does not constitute good cause under the policy.

49.     Responding to Paragraph 49 of the FAC, Defendants deny each and every allegation contained therein.

//

OFFICE OF THE COUNTY COUNSEL
COUNTY OF ORANGE

50.     Responding to Paragraph 50 of the FAC, Defendants deny each and every allegation contained therein.

51.     Responding to Paragraph 51 of the FAC, Defendants admit the allegations contained therein.

52.     Responding to Paragraph 52 of the FAC, Defendants deny each and every allegation contained therein.

53.     Responding to Paragraph 50 of the FAC, Defendants admit that other than lack of good cause, Sheriff Hutchens has not found that any of the Plaintiffs fail to satisfy any other statutory criteria in California Penal Code section 26150 for issuance of a Carry License.

54.     Responding to Paragraph 54 of the FAC, Defendants admit the allegations contained therein.

55.     Responding to Paragraph 55 of the FAC, Defendants admit that Plaintiffs were denied a Carry License.  Other than expressly admitted, Defendants deny each and every remaining allegation contained in Paragraph 55 of the FAC.

56.     Responding to Paragraph 56 of the FAC, Defendants lack sufficient knowledge, information and/or belief to enable them to admit or deny the allegations contained therein, and on that basis, denies each and every allegation contained therein.

57.     Responding to Paragraph 57 of the FAC, Defendants deny each and every allegation contained therein.

58.     Responding to Paragraph 58 of the FAC, Defendants deny each and every allegation contained therein.

59.     Responding to Paragraph 59 of the FAC, Defendants deny each and every allegation contained therein.

60.     Responding to Paragraph 60 of the FAC, Defendants deny each and every allegation contained therein.

61.     Responding to Paragraph 61 of the FAC, Defendants hereby incorporate their responses to Paragraphs 1 through 60 of the FAC as though set forth herein.

OFFICE OF THE COUNTY COUNSEL
COUNTY OF ORANGE

62.    Responding to Paragraph 62 of the FAC, Defendants deny that Sheriff Hutchens' official written policy for implementing California Penal Code section 26150(a)(2)'s "good cause" criteria for the issuance of Carry Licenses is unconstitutional on its face and/or as applied.  Defendants admit the remaining allegations contained in Paragraph 62 of the FAC.

63.    Responding to Paragraph 63 of the FAC, Defendants submit that the FAC speaks for itself as to what Decree Plaintiffs are seeking.

64.    Responding to Paragraph 64 of the FAC, Defendants hereby incorporate their responses to Paragraphs 1 through 63 of the FAC as though set forth herein.

65.    Responding to Paragraph 65 of the FAC, Defendants deny each and every allegation contained therein.

66.    Responding to Paragraph 66 of the FAC, Defendants deny each and every allegation contained therein.

67.    Responding to Paragraph 67 of the FAC, Defendants deny each and every allegation contained therein.

68.    Responding to Paragraph 68 of the FAC, Defendants deny each and every allegation contained therein.

69.    Responding to Paragraph 69 of the FAC, Defendants deny each and every allegation contained therein.

70.    Responding to Paragraph 70 of the FAC, Defendants hereby incorporate their responses to Paragraphs 1 through 69 of the FAC as though set forth herein.

71.    Responding to Paragraph 71 of the FAC, Defendants deny each and every allegation contained therein.

72.    Responding to Paragraph 72 of the FAC, Defendants deny each and every allegation contained therein.

73.    Responding to Paragraph 73 of the FAC, Defendants deny each and every allegation contained therein.

//

OFFICE OF THE COUNTY COUNSEL
COUNTY OF ORANGE

74.     Responding to Paragraph 74 of the FAC, Defendants deny each and every allegation contained therein.

75.     Responding to Paragraph 75 of the FAC, Defendants deny each and every allegation contained therein.

76.     Responding to Paragraph 76 of the FAC, Defendants hereby incorporate their responses to Paragraphs 1 through 75 of the FAC as though set forth herein.

77.     Responding to Paragraph 77 of the FAC, Defendants deny each and every allegation contained therein.

78.     Responding to Paragraph 78 of the FAC, Defendants deny each and every allegation contained therein.

79.     Responding to Paragraph 79 of the FAC, Defendants deny each and every allegation contained therein.

80.     Responding to Paragraph 80 of the FAC, Defendants deny each and every allegation contained therein.

81.     Responding to Paragraph 81 of the FAC, Defendants deny each and every allegation contained therein.

82.     Responding to Paragraph 82 of the FAC, Defendants hereby incorporate their responses to Paragraphs 1 through 81 of the FAC as though set forth herein.

83.     Responding to Paragraph 83 of the FAC, Defendants deny each and every allegation contained therein.

84.     Responding to Paragraph 84 of the FAC, Defendants deny each and every allegation contained therein.

85.     Responding to Paragraph 85 of the FAC, Defendants deny each and every allegation contained therein.

86.     Responding to Paragraph 86 of the FAC, Defendants deny each and every allegation contained therein.

87.     Responding to Paragraphs 87 through 94 of the FAC (Plaintiffs' Prayer), Defendants deny that Defendants' Concealed weapons policy and/or the California Penal

OFFICE OF THE COUNTY COUNSEL
COUNTY OF ORANGE

1   Code section 26150(a)(2)'s good cause requirement are either unconstitutional either on

2   their face or as applied and/or that Plaintiffs' rights have been violated by any acts of

3   Defendants. Defendants further deny that Plaintiffs are entitled to any of the relief they

4   seek in their prayer.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

### (Failure to State a Claim for Relief)

8    1.   As a first, separate and distinct affirmative defense, Defendants allege that the

9   FAC fails to state facts sufficient to constitute a claim upon which relief can be granted.

### Second Affirmative Defense

### (Failure to Name an Indispensible Party)

12    2.    As a second, separate and distinct affirmative defense, Defendants allege that

13   Plaintiffs have failed to sue a proper and indispensable party.

### Third Affirmative Defense

### (Qualified Immunity)

16    3. `As a third, separate and distinct affirmative defense, Defendant Sandra Hutchens

17   alleges that she is entitled to qualified immunity from liability under Title 42, United States

18   Code Section 1983 and that Plaintiffs' claims do not arise out of any clearly established

19   Constitutional right.

### Third Affirmative Defense

### (Immunity of State Actor)

22    4.    As a fourth, separate and distinct affirmative defense, Defendant Sandra

23   Hutchens alleges that she is a state actor who is immune from liability under 42 U.S.C.

24   Section 1983.

25    WHEREFORE, Defendants pray as follows:

26    1.    That the action be dismissed with prejudice;

27    2.    That the request for injunctive relief be denied and Plaintiffs take nothing by

28   their action;

OFFICE OF THE COUNTY COUNSEL
COUNTY OF ORANGE

1        3.    That defendant recover their costs of suit incurred herein; and

2        4.    For such other and further relief as the Court deems proper and just.

3    DATED:  October 25, 2012           Respectfully submitted,

4                            NICHOLAS S. CHRISOS, COUNTY COUNSEL
     and MARIANNE VAN RIPER,

5                            SUPERVISING DEPUTY

6

7                         By *Marianne Van Riper*

8                            Marianne Van Riper, Supervising Deputy

9                            Attorneys for Defendants, Sheriff Sandra
     Hutchens, and Orange County Sheriff-Coroner
10                           Department

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

OFFICE OF THE COUNTY COUNSEL
COUNTY OF ORANGE

OFFICE OF THE COUNTY COUNSEL
COUNTY OF ORANGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I do hereby declare that I am a citizen of the United States employed in the County of Orange, over 18 years old and that my business address is 333 W. Santa Ana Blvd., Suite 407, Santa Ana, California 92702-1379, and my email address is marz.lair@ coco.ocgov.com. I am not a party to the within action.

I hereby certify that I caused the foregoing **ANSWER OF DEFENDANTS SHERIFF SANDRA HUTCHENS AND THE ORANGE COUNTY SHERIFF-CORONER DEPARTMENT TO PLAINTIFFS' FIRST AMENDED COMPLAINT** to be served on October 25, 2012, upon all counsel of record listed below by electronic filing utilizing the U.S.D.C.'s CM/ECF:

C.D. Michel, Esq.
Email: cmichel@michellawyers.com
Glenn S McRoberts, Esq.
Email: gmcroberts@michellawyers.com
Sean Anthony Brady, Esq.
Email: sbrady@michellawyers.com
MICHEL & ASSOCIATES PC
180 East Ocean Blvd., Ste. 200
Long Beach, CA 90802
562-216-4444
Fax: 562-216-4445

Attorneys for Plaintiffs, Dorothy McKay, Diana Kilgore, Phillip Willms, Fred Kogen, David Weiss, and the CRPA Foundation

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed in Santa Ana, California this 25TH day of October, 2012.

_____
Marzette L. Lair

CERTIFICATE OF SERVICE