Name & Address:
NICHOLAS S. CHRISOS, COUNTY COUNSEL
MARIANNE VAN RIPER, Supervising Deputy
marianne.vanriper@coco.ocgov.com
333 W. Santa Ana Blvd., Ste. 407
Santa Ana, CA 92701
Ph: 714 834-6020
Fax: 714 834-2359

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| DOROTHY McKAY, et al. | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | SACV 12-1458 JVS (JPRx) |
| v. | |
| SHERIFF SANDRA HUTECHES, et al. | **NOTICE OF CHANGE OF ATTORNEY INFORMATION** |
| DEFENDANT(S). | |

**The following information must be provided:**
I, MARIANNE VAN RIPER, 136688, marianne.vanriper@coco.ocgov.com
    *Name*    *CA Bar ID Number*    *E-mail Address*

☒ am counsel of record or ☐ out-of-state attorney in the above-entitled cause of action for the following party(s)

SHERIFF SANDRA HUTCHENS, individually and in her official capacity as Sheriff of Orange County; and
ORANGE COUNTY SHERIFF-CORONER DEPARTMENT

and am requesting the following change(s):

---

THIS SECTION MUST BE COMPLETED IF YOUR E-MAIL ADDRESS IS TO BE ADDED.
I ☒ consent ☐ do not consent to receive service of documents by electronic means in accordance with Fed. R. Civ. P. 5(b)(2)(E) and 77 (d), and Fed. R. Crim. P. 49(b)-(d).

---

***SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:***

☐ TO UPDATE NAME OR FIRM INFORMATION:
    ☐ I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.
        PROVIDE ONLY THE INFORMATION THAT HAS CHANGED
    Attorney Name changed to _____
    New Firm/Government Agency Name _____
    New Address _____
    New Telephone Number _____ New Facsimile Number _____
    New E-mail address _____

---

☒ TO BE ADDED AS COUNSEL OF RECORD:   CHECK ONE BOX
    ☒ I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on October 25, 2012
    ☐ This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

---

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

Attorney Name _____ CA State Bar Number _____
Firm/Government Agency Name _____
Address: _____
Telephone Number _____ Facsimile Number _____
New E-mail address _____

☐    TO BE REMOVED FROM THE CASE: **
    ☐    I am ☐ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action.
CHECK ONE BOX
    ☐    The order relieving me/the aforementioned attorney from my firm was filed on: _____.

    ☐    There is/are other attorney(s) from the undersigned attorney's law firm/government agency who are counsel of record in this case.

    ☐    I am ☐ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

** This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01, *Request for Substitution of Attorney* and G-01 ORDER, *Order on Request for Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.

Date: Nov. 1, 2012                           *Marianne Van Ripe*
                                             Signature of Attorney of Record / Attorney for the Firm

**PLEASE NOTE:** CM/ECF users must update their account information in the system pursuant to the General Order authorizing electronic filing, in addition to filing this Notice of Change of Attorney Information. A separate Notice must be filed in every pending case pursuant to Local Rule 83-2.7.

## CERTIFICATE OF SERVICE

I do hereby declare that I am a citizen of the United States employed in the County of Orange, over 18 years old and that my business address is 333 W. Santa Ana Blvd., Suite 407, Santa Ana, California 92702-1379, and my email address is marz.lair@coco.ocgov.com. I am not a party to the within action.

I hereby certify that I caused the foregoing **NOTICE OF CHANGE OF ATTORNEY INFORMATION (re Marianne Van Riper)** to be served on November 1, 2012, upon all counsel of record listed below by electronic filing utilizing the U.S.D.C.'s CM/ECF:

| | |
|---|---|
| C.D. Michel, Esq.<br>Email: cmichel@michellawyers.com<br>Glenn S McRoberts, Esq.<br>Email: gmcroberts@michellawyers.com<br>Sean Anthony Brady, Esq.<br>Email: sbrady@michellawyers.com<br>MICHEL & ASSOCIATES PC<br>180 East Ocean Blvd., Ste. 200<br>Long Beach, CA 90802<br>562-216-4444<br>Fax: 562-216-4445 | Attorneys for Plaintiffs, Dorothy McKay, Diana Kilgore, Phillip Willms, Fred Kogen, David Weiss, and the CRPA Foundation |

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed in Santa Ana, California this 1st day of November, 2012.

_____
Marzette L. Lair