**FILED**

## UNITED STATES COURT OF APPEALS

NOV 13 2012

## FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DOROTHY MCKAY; et al., | No. 12-57049 |
| Plaintiffs - Appellants, | |
| v. | D.C. No. 8:12-cv-01458-JVS-JPR<br>Central District of California,<br>Santa Ana |
| SHERIFF SANDRA HUTCHENS, individually and in her official capacity as Sheriff of Orange County, California; et al., | ORDER |
| Defendants - Appellees. | |



The appeal filed November 9, 2012 is a preliminary injunction appeal. Accordingly, Ninth Circuit Rule 3-3 shall apply.

The mediation questionnaire is due three days after the date of this order.

If they have not already done so, within 7 calendar days after the filing date of this order, the parties shall make arrangements to obtain from the court reporter an official transcript of proceedings in the district court that will be included in the record on appeal.

The briefing schedule shall proceed as follows: the opening brief and excerpts of record are due not later than December 7, 2012; the answering brief is

tsp/MOATT

due January 4, 2013 or 28 days after service of the opening brief, whichever is earlier; and the optional reply brief is due within 14 days after service of the answering brief. See 9th Cir. R. 3-3(b).

Failure to file timely the opening brief shall result in the automatic dismissal of this appeal by the Clerk for failure to prosecute. See 9th Cir. R. 42-1.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Tina Price
    Deputy Clerk

tsp/MOATT