# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**FOR COURT USE ONLY**
**DUE DATE:**

## TRANSCRIPT DESIGNATION AND ORDERING FORM

| | | |
|---|---|---|
| 1. NAME: C. D. Michel | 2. PHONE NUMBER: (562) 216-4444 | 3. DATE: Nov 9, 2012 |
| 4. FIRM NAME: Michel & Associates, P.C. | 5. E-MAIL ADDRESS: cmichel@michellawyers.com | |
| 6. MAILING ADDRESS: 180 East Ocean Blvd., Suite 200 | 7. CITY: Long Beach | 8. STATE: CA   9. ZIP CODE: 90802 |
| 10. CASE NUMBER: 12-1458JVS | 11. CASE NAME: DOROTHY MCKAY ET AL. v. SHERIFF HUTCHENS ET AL. | 12. JUDGE: James V. Selna |
| 13. APPEAL CASE NUMBER: 12-57049 | 14. ORDER FOR: ☑ APPEAL ☐ NON-APPEAL ☐ CRIMINAL JUSTICE ACT ☐ IN FORMA PAUPERIS ☐ AUSA ☐ FPD ☐ OTHER | |

15. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)
Attach additional page for designations if necessary.

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| October 29, 2012 | Sharon Seffens | ☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS ☐ PRE-TRIAL PROCEEDINGS ☑ OTHER (PLEASE SPECIFY): Motion for Preliminary Injunction |

16. ORDER: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FORMAT | |
|---|---|---|---|
| ORDINARY | ☐ | PAPER COPY | ☑ |
| 14 DAYS | ☐ | PDF FORMAT | ☐ |
| 7 DAYS | ☑ | ASCII FORMAT | ☐ |
| DAILY | ☐ | OTHER | ☐ |
| HOURLY | ☐ | FOR ADDITIONAL COPIES, CONTACT COURT REPORTER OR TRANSCRIPTION AGENCY | |
| REAL TIME | ☐ | 19. Transcription agency for digitally recorded proceedings: | |

(CERTIFICATION 17 & 18)
By signing the below, I certify that I will pay all charges (deposit plus additional).

17. DATE: Nov 12, 2012

18. SIGNATURE: *[signature]*

20. Month:        Day:        Year:
Transcript payment arrangements were made with:

NAME OF OFFICIAL: _____
Payment of estimated transcript fees were sent on the following date:
Month:        Day:        Year:

G-120 (09/12)

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| DOROTHY McKAY, DIANA KILGORE, PHILLIP WILLMS, FRED KOGEN, DAVID WEISS, and THE CRPA FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>SHERIFF SANDRA HUTCHENS, individually and in her official capacity as Sheriff of Orange County, California, ORANGE COUNTY SHERIFF-CORONER DEPARTMENT, and DOES 1-10,<br><br>Defendants. | CASE NO.: SACV 12-1458JVS (JPRx)<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California, 90802.

I am not a party to the above-entitled action. I have caused service of

**TRANSCRIPT DESIGNATION AND ORDERING FORM**

on the following party by electronically filing the foregoing with the Clerk of the U. S. D.C. using its CM/ECF System, which electronically notifies them.

Nicholas S. Chrisos, County Counsel
Marianne Van Riper, Supervising Deputy
Elizabeth A. Pejueau, Deputy
333 West Santa Ana Blvd., Suite 407
Post Office Box 1379
Santa Ana, CA 92702-1379

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 16, 2012.

/s/ C. D. Michel
C. D. Michel
Attorneys for Plaintiffs