**FILED**

UNITED STATES COURT OF APPEALS

NOV 12 2013

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DOROTHY MCKAY; DIANA KILGORE; PHILLIP WILLMS; FRED KOGEN; DAVID WEISS; THE CRPA FOUNDATION,<br><br>  Plaintiffs - Appellants,<br><br>  v.<br><br>SHERIFF SANDRA HUTCHENS, individually and in her official capacity as Sheriff of Orange County, California; ORANGE COUNTY SHERIFF CORONER DEPARTMENT,<br><br>  Defendants - Appellees. | No. 12-57049<br><br>D.C. No. 8:12-cv-01458-JVS-JPR<br>Central District of California, Santa Ana<br><br>ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT
11/12/13
CENTRAL DISTRICT OF CALIFORNIA
BY: _____CR_____ DEPUTY

Before: PREGERSON, WARDLAW, and TALLMAN, Circuit Judges.

The central issues of this case are the scope of the Second Amendment right to bear arms in public and the standard of review for Second Amendment challenges. There are currently several pending cases in the Ninth Circuit concerning these very issues.

Accordingly, submission of this case is vacated and proceedings are stayed pending resolution of the following cases: *United States v. Chovan*, No. 11-50107 (submitted 2/15/12); *Peruta v. County of San Diego*, No. 10-56971 (submitted

12/6/12); *Richards v. Prieto*, No. 11-16255 (submitted 12/6/12); and *Baker v. Kealoha*, No. 12-16258 (submitted 12/6/12).

The panel retains jurisdiction over this petition for review.