**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 23 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DOROTHY MCKAY; DIANA KILGORE; PHILLIP WILLMS; FRED KOGEN; DAVID WEISS; THE CRPA FOUNDATION,

      Plaintiffs - Appellants,

v.

SHERIFF SANDRA HUTCHENS, individually and in her official capacity as Sheriff of Orange County, California; ORANGE COUNTY SHERIFF CORONER DEPARTMENT,

      Defendants - Appellees.

No. 12-57049

D.C. No. 8:12-cv-01458-JVS-JPR
Central District of California,
Santa Ana

ORDER



RECEIVED
CLERK, U.S. DISTRICT COURT
4/23/14
CENTRAL DISTRICT OF CALIFORNIA
BY: MAT DEPUTY

Before: PREGERSON, WARDLAW, and TALLMAN, Circuit Judges.

     Appellants' Motion for Relief from Stay and Request for Issuance of Memorandum Opinion is DENIED.

Judge Tallman would grant the motion because, in light of *Peruta v. Cnty. of San Diego*, 742 F.3d 1144 (9th Cir. 2014), Plaintiffs-Appellants satisfy the factors articulated in *Winter v. Natural Resources Defense Council, Inc.*, 555 U.S. 7 (2008), and are entitled to a preliminary injunction.